IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DUNCAN LOTT                                                          PLAINTIFF

vs.                                          CIVIL ACTION NO. 1:18-CV-00063-GHD-DAS

AXA EQUITABLE LIFE INSURANCE
COMPANY AND DISABILITY
MANAGEMENT SERVICES, INC.                                           DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came before this Court on the joint *ore tenus* motion to dismiss of

the Plaintiff and the Defendants and the Court being advised that all issues existing between the

Plaintiff and the Defendants have been resolved, it is the opinion of the Court that the motion to

dismiss this case should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be, and hereby is,

dismissed with prejudice as to any and all claims by Plaintiff against Defendants and the

Counterclaim asserted by AXA Equitable Life Insurance Company against Plaintiff, with each

party to bear their own costs.

SO ORDERED, this, the /4 day of _November_, 2019.

_____
U.S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

*/s/ John A. Ferrell*
FERRELL & MARTIN, P.A.
P.O. Box 146
Booneville, MS 38829
johnaferrell@att.net
*ATTORNEY FOR PLAINTIFF*

*/s/ Kenna L. Mansfield, Jr.*
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0313
kmansfield@wellsmar.com
*ATTORNEY FOR DEFENDANTS*